Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*     11th Circuit Docket Number: 23-10616

| Caption: | |
|---|---|
| Pernell et al. v. Andrade et al. | District and Division: Northern District |
| | Name of Judge: Judge Mark Walker |
| | Nature of Suit: Section 1983 |
| | Date Complaint Filed: 8/18/2022 |
| | District Court Docket Number: 4:22-cv-304 |
| | Date Notice of Appeal Filed: 2/28/2023 |
| | ☐ Cross Appeal   ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☑ Yes   ☐ No |
| | If Yes, provide |
| | (a) Caption: Pernell v. Lamb |
| | (b) Citation: _____ |
| | (c) Docket Number: 22-13992 |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | Daniel Bell for Movants-Appellants | Office of the Attorney General, PL-01, The Capitol Tallahassee, FL 32399 | 850-414-3300, 850-414-2672, daniel.bell@myfloridalegal.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Jerry Edwards, Sarah Hinger for Plaintiffs-Appellees | ACLU Foundation of Florida, 933 Lee Rd. Suite 102, Orlando, FL 32810 | 786-363-1107, jedwards@aclufla.org |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ N/A |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ N/A |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $ N/A |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary   ☐ Granted |
| | | ☑ Other denying in part claim of legislative privilege | ☐ Permanent   ☐ Denied |

Page 2                                                                                          11th Circuit Docket Number: _____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☑ Yes  ☐ No
What is the issue you claim is one of First Impression? Whether claims of legislative privilege are subject to judicial balancing in civil cases.

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☑ Yes  ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☐ No

    If Yes, provide
    (a) Case Name  Pernell v. Lamb
    (b) Citation _____
    (c) Docket Number if unreported  22-13992
    (d) Court or Agency  CA11

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the district court erred in concluding that the legislative privilege had been overcome in this case.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  14th  DAY OF  March , 2023 .

Daniel Bell                                                                      /s/ Daniel Bell
NAME OF COUNSEL (Print)                                          SIGNATURE OF COUNSEL