No. 23-10616

# In the United States Court of Appeals for the Eleventh Circuit

LeRoy Pernell, et al.,

*Plaintiffs–Appellees,*

v.

Robert Andrade, et al.,

*Movants–Appellants.*

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

On Appeal from the United States District Court
for the Northern District of Florida
Case No. 4:22-CV-304-MW-MAF

ASHLEY MOODY
  *Attorney General*
HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
EVAN EZRAY
  *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*daniel.bell@myfloridalegal.com*

## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Counsel for Movants-Appellants certifies that, to the best of his knowledge, the following is a complete list of persons interested in the outcome of this case, as required by Fed. R. App. P. 26.1 and Eleventh Circuit Rule 26.1:

1.    Almond, Russell, *Plaintiff-Appellee*

2.    Altizer, Tiffany, *Defendant*

3.    Alvarez, Cesar L., *Defendant*

4.    Alvarez, Maximo, *Defendant*

5.    American Civil Liberties Union of Florida, *Counsel for Plaintiffs-Appellees*

6.    American Civil Liberties Union, *Counsel for Plaintiffs-Appellees*

7.    Andrade, Robert, *Movant-Appellant*

8.    Armas, Jose J., *Defendant*

9.    Austin, Sharon Wright, *Plaintiff-Appellee*

10.    Axelman, David, *Counsel for Movants-Appellants*

11.    Azis, Jacqueline Nicole, *Counsel for Plaintiffs-Appellees*

12.    Ballard, Kathryn, *Defendant*

13.    Ballard Spahr LLP, *Counsel for Plaintiffs-Appellees*

14.    Bell, Daniel, *Counsel for Movants-Appellants*

15.    Bell, Melony*, Movant-Appellant*

16.    Bell, Zachary Chandler, *Defendant*

17.  Blakenship, Katherine, *Counsel for Plaintiffs-Appellees*

18.  Boaz, Timothy, *Defendant*

19.  Borrero, David, *Movant-Appellant*

20.  Brandon, David L., *Defendant*

21.  Butchey, Deanne, *Defendant*

22.  Callahan, Sandra, *Defendant*

23.  Carrere, Michael, *Defendant*

24.  Cavazos, Ann Marie, *Defendant*

25.  Cerio, Timothy, *Defendant*

26.  Chicken, Eric, *Defendant*

27.  Christy, Bill, *Defendant*

28.  Cliatt, II, Otis, *Defendant*

29.  Cole, Richard P., *Defendant*

30.  Coleman, Santino, *Counsel for Plaintiffs-Appellees*

31.  Collins, Peter, *Defendant*

32.  Colson, Dean S., *Defendant*

33.  Condello, Jeff, *Defendant*

34.  Conte, Joseph, *Defendant*

35.  Cooper & Kirk, PLLC, *Counsel for Defendants*

36.  Cooper, Charles J., *Counsel for Defendants*

37.   Corcoran, Richard, *Defendant*

38.   Corr, Christopher T., *Defendant*

39.   Dauphin, Johana, *Plaintiff-Appellee*

40.   De Las Cuevas-Diaz, Vivian, *Defendant*

41.   Diaz, Jr., Manny, *Defendant*

42.   Donnelly, N. Rogan, *Defendant*

43.   Dorsey, Dana, Thompson, *Plaintiff-Appellee*

44.   Dortch, Jr., Thomas W., *Defendant*

45.   Duart, Carlos A., *Defendant*

46.   Dubose, Michael, *Defendant*

47.   Dunn, Marvin, *Plaintiff-Appellee*

48.   Edge, Aubrey, *Defendant*

49.   Edinger, Gary, *Counsel for Plaintiffs-Appellees* in *Novoa v. Diaz*, No. 22-13994

50.   Edwards, Jerry Crawford, *Counsel for Plaintiffs-Appellees*

51.   Ezray, Evan, *Counsel for Movants-Appellants*

52.   Fajana, Morenike, *Counsel for Plaintiffs-Appellees*

53.   Fernandez-Barquin, Juan, *Movant-Appellant*

54.   Fine, Randy, *Movant-Appellant*

55.   First Amendment Forum at University of South Florida, *Plaintiff-Appellee* in *Novoa v. Diaz*, No. 22-13994

56. Fitzpatrick, Magistrate Judge Martin A., U.S. District Court for the Northern District of Florida

57. Florida A&M University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

58. Florida Board of Governors of the State University System, *Defendant (Dismissed on Nov. 22, 2022)*

59. Florida International University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

60. Florida Office of the Attorney General, *Counsel for Movants-Appellants*

61. Florida State Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

62. Foundation for Individual Rights and Expression, *Counsel for Plaintiffs-Appellees* in *Novoa v. Diaz*, No. 22-13994

63. Frost, Patricia, *Defendant*

64. Gabadage, Nimna, *Defendant*

65. Gaekwad, Danny, *Defendant*

66. Gary S. Edinger & Associates PA – Gainesville FL, *Counsel for Plaintiffs-Appellees* in *Novoa v. Diaz*, No. 22-13994

67. Gonzalez, Jorge, *Defendant*

68. Greubel, Greg, *Counsel for Plaintiffs-Appellees* in *Novoa v. Diaz*, No. 22-13994

69. Griffin, Michael, *Defendant*

70. Haddock, Edward, *Defendant*

71. Harper, Kristin, *Defendant*

72. Heavener, James W., *Defendant*

73.    Henderson, Jim W., *Defendant*

74.    Hinger, Sarah Ann, *Counsel for Plaintiffs-Appellees*

75.    Hosseini, Morteza, *Defendant*

76.    Horton, Oscar, *Defendant*

77.    Johnson, Alexsis Marie, *Counsel for Plaintiffs-Appellees*

78.    Jones, Ken, *Defendant*

79.    Jordan, Darlene Luccio, *Defendant*

80.    King, Stephen, *Defendant*

81.    Kuntz, Thomas G., *Defendant*

82.    Lamb, Brian, *Defendant*

83.    Lawson, Kevin, *Defendant*

84.    Leckerman, Jason Allen, *Counsel for Plaintiffs-Appellees*

85.    Lee, Jin Hee, *Counsel for Plaintiffs-Appellees*

86.    Leftheris, Julie, *Defendant*

87.    Lemasters, Lauren D., *Defendant*

88.    Levine, Alan, *Defendant*

89.    Lopez, Daniella, *Defendant*

90.    Lowell, Natasha, *Defendant*

91.    Lubin, Catharine, *Counsel for Plaintiffs-Appellees*

92.    Lugo, Cristhofer, *Defendant*

93.   Lydecker, Charles, *Defendant*

94.   Mabatah, Isiuwa Jacqueline, *Counsel for Plaintiffs-Appellees*

95.   Maggard, Randall Scott, *Movant-Appellant*

96.   Maida, Michael, *Counsel for Movants-Appellants*

97.   Martins, Alex, *Defendant*

98.   Massullo, Ralph, *Movant-Appellant*

99.   Mateer, Craig, *Defendant*

100.   McAlpin, Caryl, *Defendant*

101.   McClain, Stan, *Movant-Appellant*

102.   McLaurin, Charles, *Counsel for Plaintiffs-Appellees*

103.   McNamara, Caroline A., *Counsel for Plaintiffs-Appellees*

104.   Michael, Deanna, *Defendant*

105.   Miklos, John, *Defendant*

106.   Mills, Harold, *Defendant*

107.   Monbarren, Lauran, *Defendant*

108.   Moore, Kimberly, *Defendant*

109.   Moraff, Laura Beth, *Counsel for Plaintiffs-Appellees*

110.   Morris, Joshua, *Counsel for Plaintiffs-Appellees* in *Novoa v. Diaz*, No. 22-13994

111.   NAACP Legal Defense & Educational Fund, *Counsel for Plaintiffs-Appellees*

112.   Nascimento, Isabella Salomao, *Counsel for Plaintiffs-Appellees*

113. Novoa, Adriana, *Plaintiff-Appellee* in *Novoa v. Diaz*, No. 22-13994

114. Oberdorf, Tobin Rogers, *Movant-Appellant*

115. Occhipinti, Anna, *Counsel for Plaintiffs-Appellees*

116. Ohlendorf, John David, *Counsel for Defendants*

117. Okaty, Michael, *Defendant*

118. O'Keefe, Daniel T., *Defendant*

119. Palyam, Nithin, *Defendant*

120. Park, Shelley, *Plaintiff-Appellee*

121. Patel, Rahul, *Defendant*

122. Patel, Shilen, *Defendant*

123. Payne, Bobby, *Movant-Appellant*

124. Pernell, LeRoy, *Plaintiff-Appellee*

125. Perry, Belvin, Jr., *Defendant*

126. Phalin, Amanda J., *Defendant*

127. Piccolo, Fredrick, *Defendant*

128. Powers, Marsha D., *Defendant*

129. Prescott, T. Gene, *Defendant*

130. Ramer, John, *Counsel for Defendants*

131. Rechek, Samuel, *Plaintiff-Appellee* in *Novoa v. Diaz*, No. 22-13994

132. Reed, Craig, *Defendant*

133.    Ridley, Fred S., *Defendant*

134.    Roth, Justin, *Defendant*

135.    Roth, Rick, *Movant-Appellant*

136.    Rowe, Chanel T., *Defendant*

137.    Sandoval, Jennifer, *Plaintiff-Appellee*

138.    Sargeant, Deborah, *Defendant*

139.    Sarnoff, Marc D., *Defendant*

140.    Sasser, Bob, *Defendant*

141.    Schneider, Jenifer, *Defendant*

142.    Scott, Steven, *Defendant*

143.    Seay, Beverly J., *Defendant*

144.    Seixas, Melissa, *Defendant*

145.    Self, William, *Defendant (Dismissed on Nov. 17, 2022)*

146.    Shoaf, Jason, *Movant-Appellant*

147.    Silagy, Eric, *Defendant*

148.    Sirois, Tyler, *Movant-Appellant*

149.    Steinbaugh, Adam, *Counsel for Plaintiffs-Appellees* in *Novoa v. Diaz*, No. 22-13994

150.    Stermon, Kent, *Defendant*

151.    Stone, Kenward, *Defendant*

152.  Sykes, Emerson James, *Counsel for Plaintiffs-Appellees*

153.  Thiel, John, *Defendant*

154.  Tilley, Daniel Boaz, *Counsel for Plaintiffs-Appellees*

155.  Tobin, Charles David, *Counsel for Plaintiffs-Appellees*

156.  Tovar, Rogelio, *Defendant*

157.  Truenow, Keith, *Movant-Appellant*

158.  Trujillo, Carlos, *Defendant*

159.  University of Central Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

160.  University of Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

161.  University of South Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

162.  Walker, Judge Mark E., U.S. District Court for the Northern District of Florida

163.  Washington, Nicole, *Defendant*

164.  Watson, Leah Monique, *Counsel for Plaintiffs-Appellees*

165.  Weatherford, Drew, *Defendant*

166.  Weatherford, William, *Defendant*

167.  Whitaker, Henry, *Counsel for Movants-Appellants*

168.  Wold, Megan M., *Counsel for Defendants*

169.  Zucker, Anita G., *Defendant*

Counsel for Movants-Appellants further certifies that, to the best of his knowledge, no publicly traded company or corporation has an interest in the outcome of this appeal.

Respectfully submitted,

ASHLEY MOODY
Attorney General

HENRY C. WHITAKER
  *Solicitor General*
/s/ *Daniel William Bell*
DANIEL WILLIAM BELL
  *Chief Deputy Solicitor General*
EVAN EZRAY
  *Deputy Solicitor General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*daniel.bell@myfloridalegal.com*

DAVID AXELMAN
  *General Counsel*
J. MICHAEL MAIDA
  *Deputy General Counsel*
The Florida House of Representatives
329 The Capitol
Tallahassee, FL 32399
(850) 717-5500
*david.axelman@myfloridahouse.gov*

*Counsel for Movants-Appellants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2023, a true copy of the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by e-mail a notice of docketing activity to all counsel of record.


*/s/ Daniel W. Bell*
Daniel W. Bell