23-10616

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

### LEROY PERNELL, et al.,

*Plaintiffs-Appellees,*

v.

### ROBERT ANDRADE, et al.,

*Movants-Appellants.*

_____

**On Appeal from U.S. District Court for the Northern District of Florida
Case No.: 4:22-cv-304-MW-MAF**

_____

**APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

_____

Jerry C. Edwards
ACLU FOUNDATION OF FLORIDA
933 Lee Road, Suite 102
Orlando, FL 32810
786.363.1107
jedwards@aclufl.org

Charles McLaurin
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, D.C. 20005
(202) 216-5572
cmclaurin@naacpldf.org

Leah Watson
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., Fl. 18
New York, NY 10004
(212) 549-2500
lwatson@aclu.org

Jason Leckerman
BALLARD SPAHR, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 864-8266
leckermanj@ballardspahr.com

*Counsel for Plaintiffs-Appellees*

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

# **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Eleventh Circuit Rule 26.1-1, Appellees certify to the best of their knowledge that the following individuals and entities may have an interest in the outcome of this case or appeal:

1. Almond, Russell, *Plaintiff-Appellee*

2. Altizer, Tiffany, *Defendant*

3. Alvarez, Cesar L., *Defendant*

4. Alvarez, Maximo, *Defendant*

5. American Civil Liberties Union of Florida, *Counsel for Plaintiffs-Appellees*

6. American Civil Liberties Union, *Counsel for Plaintiffs-Appellees*

7. Andrade, Robert, *Movant-Appellant*

8. Armas, Jose J., *Defendant*

9. Austin, Sharon Wright, *Plaintiff-Appellee*

10. Axelman, David, *Counsel for Movants-Appellants*

11. Azis, Jacqueline Nicole, *Counsel for Plaintiffs-Appellees*

12. Ballard, Kathryn, *Defendant*

13. Ballard Spahr LLP, *Counsel for Plaintiffs-Appellees*

14. Bell, Daniel, *Counsel for Movants-Appellants*

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

15. Bell, Melony, *Movant-Appellant*

16. Bell, Zachary Chandler, *Defendant*

17. Blakenship, Katherine, *Counsel for Plaintiffs-Appellees*

18. Boaz, Timothy, *Defendant*

19. Borrero, David, *Movant-Appellant*

20. Brandon, David L., *Defendant*

21. Butchey, Deanne, *Defendant*

22. Burgess, Tiffani, *Counsel for Plaintiffs-Appellees*

23. Callahan, Sandra, *Defendant*

24. Carrere, Michael, *Defendant*

25. Cavazos, Ann Marie, *Defendant*

26. Cerio, Timothy, *Defendant*

27. Chicken, Eric, *Defendant*

28. Christy, Bill, *Defendant*

29. Cliatt, II, Otis, *Defendant*

30. Cole, Richard P., *Defendant*

31. Coleman, Santino, *Counsel for Plaintiffs-Appellees*

32. Collins, Peter, *Defendant*

33. Colson, Dean S., *Defendant*

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

34. Condello, Jeff, *Defendant*

35. Conte, Joseph, *Defendant*

36. Cooper & Kirk, PLLC, *Counsel for Defendants*

37. Cooper, Charles J., *Counsel for Defendants*

38. Corcoran, Richard, *Defendant*

39. Corr, Christopher T., *Defendant*

40. Dauphin, Johana, *Plaintiff-Appellee*

41. De Las Cuevas-Diaz, Vivian, *Defendant*

42. Diaz, Jr., Manny, *Defendant*

43. Donnelly, N. Rogan, *Defendant*

44. Dorsey, Dana, Thompson, *Plaintiff-Appellee*

45. Dortch, Jr., Thomas W., *Defendant*

46. Duart, Carlos A., *Defendant*

47. Dubose, Michael, *Defendant*

48. Dunn, Marvin, *Plaintiff-Appellee*

49. Edge, Aubrey, *Defendant*

50. Edinger, Gary, *Counsel for Plaintiffs-Appellees* in *Novoa v. Diaz*, No. 22-13994

51. Edwards, Jerry, *Counsel for Plaintiffs-Appellees*

52. Ezray, Evan, *Counsel for Movants-Appellants*

3

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

53. Fajana, Morenike, *Counsel for Plaintiffs-Appellees*

54. Fernandez-Barquin, Juan, *Movant-Appellant*

55. Fine, Randy, *Movant-Appellant*

56. First Amendment Forum at University of South Florida, *Plaintiff-Appellee* in *Novoa v. Diaz*, No. 22-13994

57. Fitzpatrick, Magistrate Judge Martin A., U.S. District Court for the Northern District of Florida

58. Florida A&M University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

59. Florida Board of Governors of the State University System, *Defendant (Dismissed on Nov. 22, 2022)*

60. Florida International University Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

61. Florida Office of the Attorney General, *Counsel for Movants-Appellants*

62. Florida State Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

63. Foundation for Individual Rights and Expression, *Counsel for Plaintiffs-Appellees* in *Novoa v. Diaz*, No. 22-13994

64. Frost, Patricia, *Defendant*

65. Gabadage, Nimna, *Defendant*

66. Gaekwad, Danny, *Defendant*

67. Gary S. Edinger & Associates PA – Gainesville FL, *Counsel for Plaintiffs-Appellees* in *Novoa v. Diaz*, No. 22-13994

68. Gonzalez, Jorge, *Defendant*

69. Greubel, Greg, *Counsel for Plaintiffs-Appellees* in *Novoa v. Diaz*, No. 22-13994

70. Griffin, Michael, *Defendant*

71. Haddock, Edward, *Defendant*

72. Harper, Kristin, *Defendant*

73. Heavener, James W., *Defendant*

74. Henderson, Jim W., *Defendant*

75. Hinger, Sarah Ann, *Counsel for Plaintiffs-Appellees*

76. Hosseini, Morteza, *Defendant*

77. Horton, Oscar, *Defendant*

78. Johnson, Alexsis Marie, *Counsel for Plaintiffs-Appellees*

79. Jones, Ken, *Defendant*

80. Jordan, Darlene Luccio, *Defendant*

81. King, Stephen, *Defendant*

82. Kuntz, Thomas G., *Defendant*

83. Lamb, Brian, *Defendant*

84. Lawson, Kevin, *Defendant*

85. Leckerman, Jason Allen, *Counsel for Plaintiffs-Appellees*

86. Lee, Jin Hee, *Counsel for Plaintiffs-Appellees*

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

87. Leftheris, Julie, *Defendant*

88. Lemasters, Lauren D., *Defendant*

89. Levine, Alan, *Defendant*

90. Lopez, Daniella, *Defendant*

91. Lowell, Natasha, *Defendant*

92. Lubin, Catharine, *Counsel for Plaintiffs-Appellees*

93. Lugo, Cristhofer, *Defendant*

94. Lydecker, Charles, *Defendant*

95. Mabatah, Isiuwa Jacqueline, *Counsel for Plaintiffs-Appellees*

96. Maggard, Randall Scott, *Movant-Appellant*

97. Maida, Michael, *Counsel for Movants-Appellants*

98. Martins, Alex, *Defendant*

99. Massullo, Ralph, *Movant-Appellant*

100. Mateer, Craig, *Defendant*

101. McAlpin, Caryl, *Defendant*

102. McClain, Stan, *Movant-Appellant*

103. McLaurin, Charles, *Counsel for Plaintiffs-Appellees*

104. McNamara, Caroline A., *Counsel for Plaintiffs-Appellees*

105. Michael, Deanna, *Defendant*

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

106. Miklos, John, *Defendant*

107. Mills, Harold, *Defendant*

108. Monbarren, Lauran, *Defendant*

109. Moore, Kimberly, *Defendant*

110. Moraff, Laura Beth, *Counsel for Plaintiffs-Appellees*

111. Morris, Joshua, *Counsel for Plaintiffs-Appellees* in in *Novoa v. Diaz*, No. 22-13994

112. NAACP Legal Defense & Educational Fund, *Counsel for Plaintiffs-Appellees*

113. Nascimento, Isabella Salomao, *Counsel for Plaintiffs-Appellees*

114. Novoa, Adriana, *Plaintiff-Appellee* in in *Novoa v. Diaz*, No. 22-13994

115. Oberdorf, Tobin Rogers, *Movant-Appellant*

116. Occhipinti, Anna, *Counsel for Plaintiffs-Appellees*

117. Ohlendorf, John David, *Counsel for Defendants*

118. Okaty, Michael, *Defendant*

119. O'Keefe, Daniel T., *Defendant*

120. Palyam, Nithin, *Defendant*

121. Park, Shelley, *Plaintiff-Appellee*

122. Patel, Rahul, *Defendant*

123. Patel, Shilen, *Defendant*

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

124. Payne, Bobby, *Movant-Appellant*

125. Pernell, LeRoy, *Plaintiff-Appellee*

126. Perry, Belvin, Jr., *Defendant*

127. Phalin, Amanda J., *Defendant*

128. Piccolo, Fredrick, *Defendant*

129. Powers, Marsha D., *Defendant*

130. Prescott, T. Gene, *Defendant*

131. Ramer, John, *Counsel for Defendants*

132. Rechek, Samuel, *Plaintiff-Appellee* in in *Novoa v. Diaz*, No. 22-13994

133. Reed, Craig, *Defendant*

134. Ridley, Fred S., *Defendant*

135. Roth, Justin, *Defendant*

136. Roth, Rick, *Movant-Appellant*

137. Rowe, Chanel T., *Defendant*

138. Sandoval, Jennifer, *Plaintiff-Appellee*

139. Sargeant, Deborah, *Defendant*

140. Sarnoff, Marc D., *Defendant*

141. Sasser, Bob, *Defendant*

142. Schneider, Jenifer, *Defendant*

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

143. Scott, Steven, *Defendant*

144. Seay, Beverly J., *Defendant*

145. Seixas, Melissa, *Defendant*

146. Self, William, *Defendant (Dismissed on Nov. 17, 2022)*

147. Shoaf, Jason, *Movant-Appellant*

148. Silagy, Eric, *Defendant*

149. Sirois, Tyler, *Movant-Appellant*

150. Steinbaugh, Adam, *Counsel for Plaintiffs-Appellees* in in *Novoa v. Diaz*, No. 22-13994

151. Stermon, Kent, *Defendant*

152. Stone, Kenward, *Defendant*

153. Sykes, Emerson James, *Counsel for Plaintiffs-Appellees*

154. Thiel, John, *Defendant*

155. Tilley, Daniel Boaz, *Counsel for Plaintiffs-Appellees*

156. Tobin, Charles David, *Counsel for Plaintiffs-Appellees*

157. Tovar, Rogelio, *Defendant*

158. Truenow, Keith, *Movant-Appellant*

159. Trujillo, Carlos, *Defendant*

160. University of Central Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

9

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

161. University of Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

162. University of South Florida Board of Trustees, *Defendant (Dismissed on Nov. 22, 2022)*

163. Walker, Judge Mark E., U.S. District Court for the Northern District of Florida

164. Washington, Nicole, *Defendant*

165. Watson, Leah Monique, *Counsel for Plaintiffs-Appellees*

166. Weatherford, Drew, *Defendant*

167. Weatherford, William, *Defendant*

168. Whitaker, Henry, *Counsel for Movants-Appellants*

169. Wold, Megan M., *Counsel for Defendants*

170. Zucker, Anita G., *Defendant*

Appellees further state that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

| Dated: March 22, 2023 | Respectfully submitted, |
|---|---|
| **AMERICAN CIVIL LIBERTIES FOUNDATION** | **ACLU FOUNDATION OF FLORIDA** |
| */s/ Leah Watson* <br> Leah Watson <br> Emerson Sykes <br> Sarah Hinger <br> Laura Moraff <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION | */s/ Jerry C. Edwards* <br> Jerry C. Edwards <br> ACLU FOUNDATION OF FLORIDA <br> 933 Lee Road, Suite 102 <br> Orlando, FL 32810 <br> (786) 363-1107 <br> jedwards@aclufl.org |

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

125 Broad St., Fl. 18
New York, NY 10004
(212) 549-2500
lwatson@aclu.org
esykes@aclu.org
shinger@aclu.org
lmoraff@aclu.org

**BALLARD SPAHR, LLP**

*/s/ Jason Leckerman*
Jason Leckerman
BALLARD SPAHR, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 864-8266
leckermanj@ballardspahr.com

Charles D. Tobin
BALLARD SPAHR, LLP
1909 K St., NW, 12th Fl.
Washington, D.C. 20006
(202) 661-2218
tobinc@ballardspahr.com

Jacqueline Mabatah
BALLARD SPAHR, LLP
201 S. Main St., Ste. 800
Salt Lake City, UT 84111-2221
(801) 531-3063
mabatahj@ballardspahr.com

Caroline McNamara
Jacqueline Azis
ACLU FOUNDATION OF FLORIDA
4343 W. Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2700
cmcnamara@aclufl.org
jazis@aclufl.org

**NAACP LEGAL DEFENSE & EDUCATION FUND**

*/s/ Charles McLaurin*
Charles McLaurin
Jin Hee Lee
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street, Suite 600
Washington, D.C. 20005
(202) 682-1300
cmclaurin@naacpldf.org
jlee@naacpldf.org

Alexsis Johnson
Tiffani Burgess
NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.
40 Rector Street, Fl. 5
New York, NY 10006
(212) 217-1690
amjohnson@naacpldf.org
tburgess@naacpldf.org

*Counsel for Plaintiffs-Appellees*

11

Case No.: 23-10616, *Pernell, et al. v. Andrade, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on March 22, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jerry C. Edwards*
Jerry C. Edwards
