Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 23-10616

**Caption:**
LeRoy Pernell et al. v. Robert Andrade et al.

District and Division: Northern District of Florida (Tallahassee Division)
Name of Judge: Hon. Mark E. Walker
Nature of Suit: 448: Civil Rights Education
Date Complaint Filed: August 18, 2022
District Court Docket Number: 4:22-cv-304
Date Notice of Appeal Filed: February 28, 2023
☐ Cross Appeal    ☐ Class Action

Has this matter previously been before this court?
☑ Yes    ☐ No
If Yes, provide
(a) Caption: Pernell et al. v. Lamb et al.
(b) Citation: _____
(c) Docket Number: 22-13992

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | See attached addendum. | | |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See attached addendum. | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other Denying legislative privilege in part | Amount Sought by Plaintiff: $ N/A<br>Amount Sought by Defendant: $ N/A<br>Awarded: $ N/A<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary<br>☐ Permanent<br>☐ Granted<br>☐ Denied |

Page 2                                                                                     11th Circuit Docket Number: 23-10616

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes  ☐ No
What is the issue you claim is one of First Impression? The scope of the legislative privilege and whether it is absolute in civil cases.

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes  ☑ No

   If Yes, provide
   (a) Case Name/Statute _____
   (b) Citation _____
   (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal? ☑ Yes  ☐ No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes  ☐ No

   If Yes, provide
   (a) Case Name Pernell et al. v. Lamb et al.
   (b) Citation _____
   (c) Docket Number if unreported 22-13992
   (d) Court or Agency U.S. Court of Appeals for the Eleventh Circuit

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit? ☐ Yes  ☑ No
   (b) Among circuits?  ☐ Yes  ☑ No

   If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

   Whether the district court abused its discretion in holding that the legislative privilege protects the deliberative process and yields in part to the important federal interests presented in this case.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 24th  DAY OF March , 2023 .

Jerry C. Edwards                                         /s/ Jerry C. Edwards
NAME OF COUNSEL (Print)                                  SIGNATURE OF COUNSEL

# ADDENDUM

<u>Counsel for Movants-Appellants</u>
Daniel Bell
Henry Whitaker
Office of the Florida Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
(850) 414-3300 (telephone)
(850) 414-2672 (fax)
daniel.bell@myfloridalegal.com
henry.whitaker@myfloridalegal.com

<u>Counsel for Plaintiffs-Appellees</u>
Jerry C. Edwards
ACLU Foundation of Florida
933 Lee Road, Suite 102
Orlando, FL 32810
(786) 363-1107
jedwards@aclufl.org

Caroline McNamara
Jacqueline Azis
ACLU Foundation of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2700
cmcnamara@aclufl.org
jazis@aclufl.org

Leah Watson
Emerson Sykes
Sarah Hinger
Laura Moraff
American Civil Liberties Union Foundation
125 Broad St., Fl. 18
New York, NY 10004
(212) 549-2500
lwatson@aclu.org
esykes@aclu.org
shinger@aclu.org

lmoraff@aclu.org

Charles McLaurin
Jin Hee Lee
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street, Suite 600
Washington, D.C. 20005
(202) 682-1300
cmclaurin@naacpldf.org
jlee@naacpldf.org

Alexsis Johnson
Tiffani Burgess
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, Fl. 5
New York, NY 10006
(212) 217-1690
amjohnson@naacpldf.org
tburgess@naacpldf.org

Jason Leckerman
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 864-8266
leckermanj@ballardspahr.com

Charles D. Tobin
Ballard Spahr, LLP
1909 K St., NW, 12th Fl.
Washington, D.C. 20006
(202) 661-2218
tobinc@ballardspahr.com

Jacqueline Mabatah
Ballard Spahr, LLP
201 S. Main St., Ste. 800
Salt Lake City, UT 84111-2221
(801) 531-3063
mabatahj@ballardspahr.com