# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10616

_____

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

                                                    Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY,
et al.,

                                                    Defendants,

ROBERT ALEXANDER ANDRADE,
MELONY BELL,

2                      Order of the Court                      23-10616

DAVID BORRERO,
JUAN FERNANDEZ-BARQUIN,
RANDY FINE, et al.,

                               Interested Parties-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

_____

ORDER:

    Appellant's motion to expedite oral argument is GRANTED. The Clerk is DIRECTED to place this appeal on the argument calendar for the week of July 17, 2023, in Atlanta, Georgia.

                                         /s/ Barbara Lagoa
                                         UNITED STATES CIRCUIT JUDGE