UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 02, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-10616-W
Case Style: LeRoy Pernell, et al v. Robert Andrade, et al
District Court Docket No: 4:22-cv-00304-MW-MAF

Acknowledgement Required
**Counsel must acknowledge receipt of the attached calendar by docketing the *"Calendar Receipt Acknowledged"* event in ECF.**

Oral Argument Calendar and Location
The Court has determined that the cases listed on the attached calendar are to be orally argued during the week of 07/17/2023 in Atlanta, Georgia. Counsel for each party must present oral argument unless excused by the Court for good cause shown. *As of the date of this letter, any change in or addition to counsel in this appeal requires leave of the Court.* See 11th Cir. R. 34-4(e)

Panel Assignment
The names of the panel members for this oral argument session may be obtained by calling the Courtroom Deputy shown below, no earlier than 07/05/2023.

Courtroom Deputy: Valerie L Geddis

Phone #: 404-335-6143

Electronic Devices
Personal electronic devices, such as cellular telephones, "smart phones," laptop computers, and tablet computers are not allowed beyond the courthouse's security checkpoint unless prior approval has been obtained from a judge of the Court.

Amicus Curiae
An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).

Tuttle Courthouse Security Procedures
All visitors to the Elbert P. Tuttle Courthouse in Atlanta must enter the courthouse through the

security vestibule at the Forsyth Street entrance. Court Security Officers will instruct visitors on securing cell phones and other security procedures. Please allow sufficient time for the security screening process.

Questions

If you have questions or concerns, please contact the Calendaring/Court Sessions Section in Atlanta, Georgia at (404) 335-6141.

Clerk's Office Phone Numbers

| | | |
|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: 404-335-6122 |
| New / Before Briefing Cases: | 404-335-6135 | Capital Cases: 404-335-6200 |
| Cases in Briefing / After Opinion: | 404-335-6130 | CM/ECF Help Desk: 404-335-6125 |
| Cases Set for Oral Argument: | 404-335-6141 | |

CAL-1 Oral Argument Calendar Issued