# In the
# United States Court of Appeals
## For the Eleventh Circuit

────────────

No. 23-10616

────────────

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

                                                   Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY,
et al.,

                                                   Defendants,

ROBERT ALEXANDER ANDRADE,
MELONY BELL,

2                   Order of the Court                   23-10616

DAVID BORRERO,
JUAN FERNANDEZ-BARQUIN,
RANDY FINE, et al.,

                                  Interested Parties-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

_____

ORDER:

Attorney Crystal Pardue has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir. R. 34-4(e), Attorney Crystal Pardue is GRANTED leave to appear in this appeal.

                              DAVID J. SMITH
               Clerk of the United States Court of
                  Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION