In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 23-10616

_____

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

                                           Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY,
et al.,

                                           Defendants,

ROBERT ALEXANDER ANDRADE,
MELONY BELL,

2                       Order of the Court                       23-10616

DAVID BORRERO,
JUAN FERNANDEZ-BARQUIN,
RANDY FINE, et al.,

                                              Interested Parties-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

_____

Before WILLIAM PRYOR, Chief Judge, JILL PRYOR, Circuit Judge, and COOGLER,⋆ Chief District Judge.

BY THE COURT:

     The motion for leave to file an amicus brief in support of Appellees' petition for rehearing en banc filed by American Oversight, Asian Americans Advancing Justice – AAJC, Common Cause, LatinoJustice PRLDEF and League of Women Voters of the United States is GRANTED.

⋆ Honorable L. Scott Coogler, Chief United States District Judge for the Northern District of Alabama, sitting by designation.