# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10616

_____

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

                                                 Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY,
et al.,

                                                 Defendants,

ROBERT ALEXANDER ANDRADE,
MELONY BELL,

2	Order of the Court	23-10616

DAVID BORRERO,
JUAN FERNANDEZ-BARQUIN,
RANDY FINE, et al.,

                                                  Interested Parties-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

_____

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

Before WILLIAM PRYOR, Chief Judge, JILL PRYOR, Circuit Judge, and COOGLER,* Chief District Judge.

PER CURIAM:

    The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 35. The Petition for Rehearing En Banc is also treated as a Petition for Rehearing before the panel and is DENIED. FRAP 35, IOP 2.

---

* Honorable L. Scott Coogler, Chief United States District Judge for the Northern District of Alabama, sitting by designation.